```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

EVAN CHANDLER,                       :
              Plaintiff,
                                     :
     -against-
                                     :          Order
NOVARTIS PHARMACEUTICALS                    1:09-cv-07265-JFK
CORPORATION, APP PHARMACEUTICALS,    :
BEN VENUE LABORATORTIES, INC.
D/B/A BEDFORD LABORATORIES,          :
HOSPIRA, INC, AND TEVA
PARENTERAL MEDICINES, INC.           :

              Defendants.            :

------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09

**JOHN F. KEENAN, United States District Judge:**

This case involves claims regarding the pharmaceutical drug Aredia (pamidronate), not Fosamax (alendronate), but was incorrectly accepted as a member case to In re Fosamax Prods. Liab. Litig., MDL No. 1789. The Clerk is respectfully directed to cancel this association. It appears that this case should be transferred to the Middle District of Tennessee and consolidated with In re Aredia and Zometa Prods. Liab. Litig., MDL No. 1760. The Clerk is directed to forward a copy of the complaint and this order to the Judicial Panel on Multidistrict Litigation.

**SO ORDERED.**

Dated:   New York, New York
         September 21, 2009

                                          /s/ John F. Keenan
                                         **JOHN F. KEENAN**
                                         **United States District Judge**